IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALBA M. INGRAM,

    Plaintiff,

v.

CITY AND COUNTY OF SAN FRANCISCO,

    Defendant.

_____/

No. C 04-00239 JSW

**ORDER GRANTING REQUEST TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT AND CONTINUING CASE MANAGEMENT CONFERENCE**

    In a letter dated October 21, 2005 in opposition to the motion by defendants City and County of San Francisco and Junko Craft (collectively "Defendants") for summary judgment, pro se plaintiff Alba Ingram requests a continuance for the purpose of taking additional depositions. On October 24, 2005, the Court received a letter from Defendants objecting to the request for a continuance. The Court construes Plaintiff's letter as a request for a continuance pursuant to Federal Rule of Civil Procedure 56(f). The Court GRANTS Ingram's request for a continuance to provide her with a limited opportunity to conduct further discovery.

    Although fact discovery has been closed as of August 26, 2005, because Ingram is proceeding pro se and has not been able to retain legal counsel, the Court will extend the discovery deadline for the sole purpose of enabling Ingram to obtain discovery on the witnesses listed in her letter dated October 21, 2005. This limited discovery shall be completed no later than December 9, 2005. In order to oppose Defendants' motion on the merits, Plaintiff shall

file a supplemental opposition to Defendants' motion by no later than December 23, 2005. Defendants may file a reply by no later than January 6, 2006. The hearing on Defendants' motion for summary judgment, currently scheduled for November 4, 2005 at 9:00 a.m. is HEREBY VACATED and CONTINUED to January 20, 2006 at 9:00 a.m. No further continuances of the hearing date on this motion will be granted.

The Court FURTHER VACATES the case management conference, currently set for November 4, 2005. The case management conference will be held on January 20, 2006 at 9:00 a.m., immediately following the hearing on Defendants' motion for summary judgment.

The Court FURTHER VACATES the pretrial conference date of December 19, 2005 and the trial date of January 9, 2006. The Court shall set an expedited trial schedule at the case management conference on January 20, 2006 if the case is not dismissed at summary judgment.

**IT IS SO ORDERED.**

Dated: October 25, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2